UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT RAY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 2:09-cv-239-LJM-DML |
| BRUCE LEMMON, | ) ) ) | |
| Respondent. | ) ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 04/13/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Robert Ray
#174819
Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

Pamela Sue Moran
Indiana Office of the Attorney General
pamela.moran@atg.in.gov